**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (030204)
Christopher J. Bendau (032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Facsimile: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Betty J. Branum**, individually, and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>v.<br><br>**Three Sonz LLC**, an Limited Liability Company, **Three Sonz II LLC**, an Limited Liability Company, **Three Sonz III LLC**, an Limited Liability Company, **Three Sonz IV LLC**, an Limited Liability Company, **Adnan Beydoun and Jane Doe Beydoun**, a Married Couple,<br><br>                         Defendants. | No. 2:18-CV-02247-JZB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Betty Branum, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants.

DATED this 21st Day of August, 2018.

BENDAU & BENDAU PLLC


/s/     *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

**Certificate of Service**

I certify that on this 21st day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/*Clifford P. Bendau*
Attorney for Plaintiff